# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DAVID LETTIERI, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:24-CV-00673 NCC |
| KEEFE GROUP, | ) |
| Defendant. | ) |

## OPINION, MEMORANDUM AND ORDER

Before the Court is plaintiff's motion for reconsideration of the Opinion, Memorandum and Order of Transfer entered on May 16, 2024. [ECF No. 5]. After review of plaintiff's complaint in this matter, the Court decided that venue was proper in the United States District Court for the Western District of New York, and the matter was transferred there forthwith. Nonetheless plaintiff filed a motion for reconsideration of the Order to Transfer on June 21, 2024. [ECF No. 5]. In his motion he asserts that because Keefe Group is a corporation "located in the State of Missouri," the matter is better suited to be litigated within this District. As noted in the Court's Order to Transfer, plaintiff is currently incarcerated in Niagara County Jail in Lockport, New York, and the matters he seeks to litigate occurred within that facility. Therefore, pursuant to 28 U.S.C. § 1391(b), as well as under 28 U.S.C. § 1406(a), plaintiff's action is better pursued in the Western District of New York.

After reviewing the grounds raised by plaintiff, the Court will decline to alter or amend the Transfer Order. The Court concludes that plaintiff's motion fails to point to any manifest errors of law or fact, or any newly discovered evidence. Plaintiff is therefore not entitled to reconsideration of the Order to Transfer, and his motion will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for reconsideration of Opinion, Memorandum and Order of Transfer entered on May 16, 2024 [ECF No. 5] is **DENIED**.

**IT IS FURTHER ORDERED** that an appeal of this issue would not be taken in good faith.

Dated this 27th day of June, 2024.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE